UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-23210-CIV-COOKE

**TOP BEAM INC.**,

    Plaintiff,

v.

**SHIELDX2 LLC**, *et al.*,

    Defendants.

_____/

## **FINAL JUDGMENT**

**THIS CAUSE** came before the Court as a result of Magistrate Judge Damian's Omnibus Report and Recommendation dated June 28, 2022 [ECF No. 24], as to Plaintiff's Amended Motion for Entry of Default Final Judgment [ECF No. 13], among other Motions. On July 14, 2022, the Court issued its Order Adopting Magistrate Judge's Report and Recommendation [ECF No. 25]. The Court having reviewed the Motion, the related briefing, Magistrate Judge Damian's Report, and relevant authorities, it is hereby

**ORDERED AND ADJUDGED** that:

1. Final Judgment is entered in favor of Plaintiff, Top Beam Inc., a British Virgin Islands business company ("Top Beam"), and against Defendants, ShieldX2 LLC, a Florida limited liability company, and Cery Perle in the amount of $650,000, plus $6,287.67 in prejudgment interest at 18% from January 22, 2019 to March 14, 2019 on amounts due under the Note, plus prejudgment interest at the rate of 25% per annum from March 14, 2019 to the date the Court enters this Final Judgment, plus an award of post-judgment interest at the rate of 25% per annum from the date the Court enters this Final Judgment.

CASE NO. 21-23210-CIV-COOKE

    2.      This Final Judgment adopts all findings of fact, conclusions of law, and relief granted as stated in the Order and Magistrate Judge Damian's Report.

    3.      Top Beam is entitled to an award of attorneys' fees and costs, the amount of which will be determined upon the filing of a motion for attorneys' fees and costs, for which the Court reserves jurisdiction to determine.

    4.      Plaintiff, Top Beam Inc. shall serve a copy of this Order upon Defendants.

**DONE AND ORDERED** in Miami, Florida, this 18th day of July, 2022.

_[signature: Cecilia M. Altonaga]_
for **MARCIA G. COOKE**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record