United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Top Beam Inc., Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 21-23210-Civ-Scola |
| | ) |
| ShieldX2 LLC and Cery Perle, | ) |
| Defendants. | ) |

### Order Adopting the Magistrate's Report and Recommendation

  This matter was referred to United States Chief Magistrate Judge Melissa Damian for a report and recommendation on the Plaintiff's motion for attorneys' fees and costs pursuant to Local Rule 7.3 of the United States District Court for the Southern District of Florida. On November 8, 2022, Judge Damian issued a report, recommending that the Court grant the motion in part, and award the Plaintiff attorneys' fees in the amount of $26,972.50 and costs in the amount of $492. (Report & Recommendation, ECF No. 31.) No objections have been filed, and the time to object has passed. Having considered Judge Damian's report, the record, and the relevant legal authorities, this Court finds Judge Damian's report and recommendation cogent and compelling.

  The Court **affirms and adopts** Judge Damian's report and recommendation. (**ECF No. 31**.) The Court **grants in part** the Plaintiff's motion for attorneys' fees and costs. (**ECF No. 29**.) Consistent with the report, the Court awards **$27,464.50,** in attorneys' fees and costs to the Plaintiff to be paid by Defendants Shield X2, LLC and Cery Perle, jointly and severally.

  **Done and ordered** in Miami, Florida, on February 7, 2023.

_____
Robert N. Scola, Jr.
United States District Judge